**BUDD LARNER**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

1939 Route 70 East
Suite 100
Cherry Hill, N.J. 08003
856-874-9500
Telecopier 856-874-9660
www.buddlarner.com

SUSANNA J. MORRIS
Direct Dial: 856-874-2090
Email: smorris@budd-larner.com

May 10, 2011

<u>VIA ELECTRONIC FILING</u>

Honorable Michael A. Shipp, U.S.M.J.
UNITED STATES DISTRICT COURT - NEWARK VICINAGE
M.L. King, Jr., Federal Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:  Chemas v. Sgt. Cannon, et al.
         United States District Court for the
         District of New Jersey - Newark Vicinage
         Civil Action No.: 2:09-cv-01437-SRC-MAS
    and
         DeCosmis v. Township of Weehawken, et al.
         United States District court for the
         District of New Jersey - Newark Vicinage
         Civil Action No.: 2:08-cv-05221-SRC-MAS

Dear Judge Shipp:

    As you may recall, I represent defendant Weehawken police officers Neushwanter, Cannon, Majewski, and Saldarriaga with regard to the above captioned matters. Based on your recent rulings regarding various discovery disputes that occurred between the parties, factual discovery is continuing with the depositions of witness Luis Garcia having been taken on May 4, 2011, and the continuation of the deposition of plaintiff/defendant Richard DeCosmis scheduled to occur on May 13, 2011. In addition, the briefing on plaintiff DeCosmis' motion seeking leave to file a Second Amended Complaint naming as a new defendant Elise DiNardo, Esquire is scheduled to be completed by May 16, 2011.

**BUDD LARNER**
A PROFESSIONAL CORPORATION

May 10, 2011
Page 2

    The current discovery schedule, however, calls for all parties' affirmative expert reports to be served by May 25, 2011. Because fact discovery is continuing, meeting the May 25 expert deadline is all but impossible. As such, it is requested by the parties, that the court hold a brief telephone conference to reset the expert discovery dates.

    Our office would be happy to arrange for the call.

                                 Respectfully submitted,

                                 /s/ *Susanna J. Morris*

                                 Susanna J. Morris

SJM:pg
cc:  John T. Coyle, Esquire
     David J. Montag, Esquire
     Richard P. Cushing, Esquire
     Louis A. Zayas, Esquire
     David F. Corrigan, Esquire