# THE CORRIGAN LAW FIRM
### COUNSELORS AT LAW
### 54-B WEST FRONT STREET
### KEYPORT, NEW JERSEY 07735
### 732-888-3868
732-888-9055 (FAX)
COUNSELLORCORRIGAN@MSN.COM

DAVID F. CORRIGAN+
BRADLEY TISHMAN*

OF COUNSEL
EDMUND J. CORRIGAN

+ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY
   AS A CIVIL TRIAL ATTORNEY
* ADMITTED IN NEW YORK
   AND NEW JERSEY

May 12, 2011

**Via Electronic Case Filing**
Hon. Michael A. Shipp, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:   DeCosmis v. Township of Weehawken, et. al.
      Civil Action No. 08-5221 (SRC-MAS)
      Defendants' Opposition to Motion to Compel Discovery, Sanctions, and Motion to Amend

Dear Judge Shipp:

Your order regarding the redeposition of Plaintiff DeCosmis required his deposition to take place by May 16, 2011.

Given this, we scheduled the deposition for May 13, 2011. However, Plaintiff's attorney is no longer available that day. Therefore, we have agreed to reschedule the deposition for May 20, 2011, which is the next day the parties are available. Therefore, I ask that the Court Order be amended to permit DeCosmis' deposition by May 20, 2011.

Thank you for your attention to this matter.

Respectfully Submitted,

David F. Corrigan
The Corrigan Law Firm
Attorneys for Defendants Turner,
Marchetti, McLellan, and Tattoli on
Punitive Damages

cc:   All Counsel
      Clients