THE LAW OFFICES OF
# LOUIS A. ZAYAS
A LIMITED LIABILITY COMPANY

_____

| | |
|---|---:|
| 8901 Kennedy Boulevard | Tel: (201) 977-2900 |
| Suite 5s | Fax: (201) 546-5947 |
| North Bergen, N.J. 07047 | |
| lzayas@zayaslawfirm.com | |

May 16, 2011

**<u>Via ECF</u>**
All Counsel

      Re: <u>Richard DeCosmis v. Township of Weehawken et al.</u>
           Civil Action No. 08-5221

Dear Counsel:

    Please be advised that my office has moved to: 8901 Kennedy Boulevard, Suite 5s, North Bergen, NJ 07047. In addition my new telephone number is (201) 977-2900.

    Should you have any questions, please do not hesitate to call my office.

                                  Respectfully,

                              <u>s/ *Louis A. Zayas, Esq.*</u>
                              LOUIS A. ZAYAS, ESQ (lz-1881)