**The Corrigan Law Firm**
54-B West Front Street
Keyport, New Jersey 07735
**732-888-3868**
732-888-9055 (Fax)
Counsellorcorrigan@msn.com

David F. Corrigan+
Lisa N. Chinai*

---

\+ **Certified by the Supreme Court of New Jersey**
   **As a Civil Trial Attorney**
\* **Admitted in New Jersey**

April 21, 2015

**Via Electronic Case Filing**
Hon. Madeline Cox Arleo, U.S.D.J.
United States District Court, District of New Jersey Newark
M.L. King Jr. Federal Building & Courthouse
Room 2060
50 Walnut Street
Newark, NJ 07102

    Re:    <u>DeCosmis v. Township of Weehawken, et. al.</u>
            Civil Action No. 08-5221 (MCA-JAD)
            Our File No. 082013-06

Dear Judge Arleo:

    Counsel are in receipt of your April 20, 2015 Order adjourning the trial. Two issues have arisen regarding the interpretation of order amongst counsel:

    1.    In the second sentence there are two "not"s, creating a double negative. It would seem that the first "not" should not be there. Please advise; and

    2.    Was the deadline to raise said issues with the Magistrate Judge intended to be August 30, 2015, <u>i.e.</u> four months away?

Your clarification on these issues would be helpful.

Thank you for your attention to this matter.

Respectfully Submitted,

*/s/ David F. Corrigan*
David F. Corrigan

cc:    All Counsel
       Richard Venino, Esq.

-1-