

Founded 1884

# GEBHARDT & KIEFER

A PROFESSIONAL CORPORATION

LAW OFFICES

RICHARD DIETERLY
JAMES H. KNOX
RICHARD P. CUSHING
MARK H. CHAZIN ■ ▼
WILLIAM W. GOODWIN, JR. ♦
ROBERT C. WARD, JR.
JOHN G. MANFREDA
JACOB A. PAPAY, JR. ■
WILLIAM J. RUDNIK ■ ♦
JUDY A. KOPEN
LORI KOPF MACWILLIAM ■
DEBORAH B. ROSENTHAL
LESLIE A. PARIKH
DIANA N. FREDERICKS ▼
ARTHUR D. FIALK
TRACY B. BUSSEL
TARA A. ST. ANGELO ▼
DANIEL S. MAKOSKI ▼

WILLIAM C. GEBHARDT
1884-1929
W. READING GEBHARDT
1919-1980
PHILIP R. GEBHARDT
1924-1986
E. HERBERT KIEFER
1933-1988

■ ALSO MEMBER OF PA BAR
▼ ALSO MEMBER OF NY BAR
♦ CERTIFIED BY THE SUPREME COURT OF NJ AS A MATRIMONIAL LAW ATTORNEY

PO BOX 4001 • CLINTON, NJ 08809-4001
(UPS / FEDEX / COURIER DELIVERIES:
1318 RT. 31, ANNANDALE, NJ 08801)
TELEPHONE (908) 735-5161
FACSIMILE (908) 735-9351
WWW.GKLEGAL.COM

SOMERSET COUNTY OFFICE
BY APPOINTMENT

April 23, 2015

**VIA E-FILE**
The Hon. Magistrate Judge Leda Wettre, U.S.M.J.
U.S. District Court, District of N.J., Newark
M.L.King, Jr. Federal Bldg & U. S. Courthouse
50 Walnut Street
Newark, NJ 07102

      Re:    *Richard DeCosmis v. Township of Weehawken, et al.*
                Federal Docket Number: 2:08-cv-05221 (MCA)(LDW)
                G&K File No. 28431 C

Dear Judge Wettre:

      This firm represents the Township of Weehawken in connection with the above-captioned matter. In accordance with Judge Arleo's Amended Text Order of April 21, 2015 (Docket Number 489), the parties will be meeting on April 27, 2015 to confer about witnesses and documents objected to on the grounds that they were not identified or produced in discovery. The parties will be meeting at the Federal Courthouse. We would like to use either the Court conference room or the Court Room, if any are available. In addition, it might be helpful if the Court was available on that date to provide guidance as to any unresolved disputes. If this makes sense to you, please let us know. Also, please confirm whether we may have access to one of your rooms for the meeting.

                              Respectfully yours,

                              RICHARD P. CUSHING

RPC:cb
cc:    All Counsel of Record

\\gkdc01\clients\Weehawken ads DeCosmis, Richard\CORR\Jdg Wettre - use of Courtroom for 4.27.15 meeting150422.docx